January 23, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JAAV INVESTMENTS, LLC, Appellant

NO. 14-12-00839-CV                    v.

AMCAP MORTGAGE, LTD, Appellee

_____

      This cause, an appeal from the final judgment in favor of appellee, Amcap Mortgage, Ltd., signed June 13, 2012, was heard on the transcript of the record. We have inspected the record and find error with regard to the submission of the damages question to the jury. We therefore order the judgment of the court below **REVERSED and REMANDED in part** with regard to and for a new trial on appellee Amcap Mortgage, Ltd.'s fraud claim against appellant JAAV Investments, LLC. We otherwise order the judgment of the court below **AFFIRMED**.

      We further order that all costs incurred by reason of this appeal be paid by appellee Amcap Mortgage, Ltd.

      We further order this decision certified below for observance.